UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Consumers for Affordable Healthcare Coalition,

Plaintiff,

v.

Schering-Plough Corporation, Upsher-Smith Laboratories, Inc., and American Homes Products Corp.,

Defendants.

Civil 01-820 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: 6/7, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate John M. Mason.

Consumers for Affordable Healthcare vs. Schering-Plough Corp, et al

NEW CASE NUMBER CIVIL 01-820 JRT/JMM

Use this case number for all further filings.