420308

# UNITED STATES DISTRICT COURT
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-820 JRT/FLN **Case Title:** Consumers For Affordable Healthcare v. Schering-Plough, et.al.,

**Affidavit of Movant**

I, TAMAR GRONVALL, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice MICHAEL J. FLANNERY an attorney admitted to practice in the SOUTHERN District of ILLINOIS, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant ____________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Tamar N. Gronvall | 307166 | June 5, 2001 |
|---|---|---|
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Michael J. Flannery am currently a member in good standing of the U.S. District Court for the Southern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Michael J. Flannery | Michael J. Flannery | 5-23-01 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: MO 52714,

Law Firm Name & Address: Carey & Danis, LLC
8182 Maryland Ave., Ste. 1400
St. Louis, MO 63105

Telephone: (314) 725-7700

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

JUN 06 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 06 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________