**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Consumers for Affordable
Healthcare Coalition,

Plaintiffs,

v. **CIVIL 01-820 (JRT/FLN)**

Schering-Plough Corporation, et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

Janis Roseen,

Plaintiff,

v. **CIVIL 01-962 (ADM/AJB)**

Schering-Plough Corporation, et al.,

Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-820 having been assigned to Judge John R. Tunheim and Case No. 01-962 having later been assigned to Judge Ann D. Montgomery, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-962 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Anti-Trust List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: June 7, 2001.

[signature]
Judge John R. Tunheim
United States District Court

DATED: June 7, 2001.

[signature]
Judge Ann D. Montgomery
United States District Court

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel.

Janis Roseen vs. Schering-Plough Corporation, et al

NEW CASE NUMBER CIVIL 01-962 JRT/FLN

Use this case number for all further filings.