UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONSUMERS FOR AFFORDABLE HEALTHCARE COALITION,

Plaintiff,

v.

SCHERING-PLOUGH CORPORATION, UPSHER-SMITH LABORATORIES and AMERICAN HOME PRODUCTS CORPORATION,

Defendants.

CIVIL NO. 01-820 (JRT)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: June 11, 2001

JOHN M. MASON
United States Magistrate Judge

6

Filed JUN 11 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Consumers For Affordable Healthcare

vs. 01-820JRT/JGL

Schering-Plough Corp., et al

The above action has been referred to Magistrate Judge Jonathan G. Lebedoff per Recusal Order by Magistrate Judge Mason. Please refer to the above Magistrate Judge's initials when submitting documents for filing with the court in the future. Judge Tunheim remains the same.