UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Consumers for Affordable Healthcare Coalition,

Plaintiff,

v.

Schering-Plough Corporation, Upsher-Smith Laboratories, and American Home Products Corporation,

Defendants.

---

Case No. 01-CV-820 (JRT/FLN)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendants Schering-Plough Corporation and Upsher-Smith Laboratories, Inc. to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended to Wednesday, July 11, 2001.

Dated: 6/8/01

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

[signature]
Tamar Gronvall, ~~#307116~~ 307-166
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

***Attorney for Plaintiff***
***Consumers for Affordable Healthcare Coalition***

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DORSEY & WHITNEY LLP

Michael A. Lindsay, #163466
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600

***Attorneys for Defendant***
***Schering-Plough Corporation***

OPPENHEIMER WOLFF &
DONNELLY LLP

Edward F. Fox, #3132X
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
(612) 607-7000

***Attorneys for Defendant***
***Upsher-Smith Laboratories, Inc***

SO ORDERED:

The Honorable ~~Franklin L. Noel~~ John M Mason
United States Magistrate Judge