ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Consumers for Affordable Healthcare Coalition,

Plaintiff,

v.

Schering-Plough Corporation, Upsher-Smith Laboratories, and American Home Products Corporation,

Defendants.

Case No. 01-CV-820 (JRT/FLN)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

**JURY TRIAL DEMANDED**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendant American Home Products Corporation to answer or otherwise plead in response to the Complaint in the above-entitled action is hereby extended to Wednesday, July 11, 2001.

Dated: June 6, 2001

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

[signature]
Tamar Gronvall, #307116
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

Attorney for Plaintiff
Consumers for Affordable Healthcare Coalition

Dated: June 6, 2001

FAEGRE & BENSON LLP

[signature]
John D. French, #31914
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-1600

Attorneys for Defendant
American Home Products Corporation

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

SO ORDERED:

The Honorable ~~Franklin L. Noel~~ John M. Mason
United States Magistrate Judge

June 8, 2001

M2:20392021.01