**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Consumers for Affordable Healthcare Coalition,

Plaintiff

vs.

Schering-Plough Corporation, Upsher-Smith Laboratories, Inc. and American Home Products Corporation,

Defendants

Case No. 01-CV-820 (JRT/JGL)

---

## STIPULATION TO STAY OF PROCEEDINGS PENDING DECISION OF MDL PANEL; ORDER THEREON

Whereas, this action was filed on May 11, 2001; and

Whereas, defendant Schering-Plough Corporation ("Schering") filed a motion with the Judicial Panel on Multidistrict Litigation ("MDL Panel") to transfer this case, along with other related cases, to the U.S. District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings; and

Whereas, the MDL Panel has not yet ruled on the pending motion to transfer,

The parties, through their undersigned counsel, stipulate and agree that the Court may enter the following Order staying all proceedings in this matter pending a ruling by the MDL Panel and by this Court or such transferee court to which this matter may be transferred.

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S ______

Dated: June 29, 2001

Tamar Gronvall, #307166
TERHAAR, ARCHIBALD, PFEFFERLE&
GRIEBEL, LLP
300 First Avenue North, Suite 220
Minneapolis, MN 55401
(612) 573-3000

Attorneys for Plaintiff
Consumers For Affordable Healthcare
Coalition

OF COUNSEL:

Michael J. Flannery, Esq.
Carey & Danis, L.L.C.
8182 Maryland Ave., Suite 1400
St. Louis, MO 63105

Michael A. Lindsay (#163466)
DORSEY & WHITNEY
220 South 6th St.
Minneapolis, MN 55402,
Telephone: (612) 340-7819
Facsimile: (612) 340-2688

Attorneys for Defendant
Schering-Plough Corporation

OF COUNSEL:

John W. Nields
Alan M. Wiseman
Laura S. Shores
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800

Edward F. Fox (#3132X)
OPPENHEIMER WOLFF & DONELLY
Plaza VII, Suite 3300
49 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Attorneys for Defendant
Upsher-Smith Laboratories, Inc.

OF COUNSEL:

Robert D. Paul
Christopher M. Curran
Peter J. Carney
WHITE & CASE LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3662

John D. French (#31914)
FAEGRE & BENSON LLP
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendant
American Home Products Corporation

OF COUNSEL:

Dan K. Webb
Robert L. Michels
Nancy L. Carey
Jefferey A. Leon
Sherri R. Lamb
Jon T. Alexander
WINSTON & STRAWN
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

**ORDER STAYING PROCEEDINGS**

Based on the foregoing stipulation, and the Court having been advised in the premises, it is hereby ORDERED that all motions, discovery, and other proceedings in this matter shall be and hereby are STAYED pending a ruling by the Judicial Panel on Multidistrict Litigation on the pending motion to transfer this case. Upon ruling by that panel, the parties (a) shall comply with any order issued by the panel with respect to discovery proceedings, or (b) shall confer and propose a further order to the Court in which further proceedings are to be had.

7/3/2001

The Honorable John R. Tunheim, Judge
United States District Court
For the District of Minnesota